IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALAN TRIACCA,<br><br>    Plaintiff,<br><br>    v.<br><br>PHOTRONICS INC,<br><br>    Defendant.<br>_____/ | No. C 06-06894 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>May 4, 2007</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 5, 2007</u>.

DESIGNATION OF EXPERTS: <u>October 15, 2007</u>; REBUTTAL: <u>n/a</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>November 9, 2007</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>November 9, 2007</u>;

    Opp. Due <u>November 23, 2007</u>; Reply Due <u>November 30, 2007</u>;

    and set for hearing no later than <u>December 14, 2007</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>January 29, 2008</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>February 11, 2008</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall complete mediation by the end of April 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge